IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OSSIE TRADER, | : | |
| *Petitioner*, | : | |
| | : | CIVIL ACTION |
| v. | : | NO.: 19-4019 |
| | : | |
| UNITED STATES PAROLE COMMISSION, | : | |
| *Respondent*. | : | |

## ORDER

AND NOW, on this 19th day of November, 2020, Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED and his related Motions to Amend (ECF Nos. 7, 10, 12, 13) are dismissed as moot in accordance with the Court's accompanying Memorandum.

BY THE COURT:

*/s/* C. Darnell Jones, II
_____
C. DARNELL JONES, II   J.